■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL BARNES, Appellant. [612 NYS2d 909] —Application by the appellant for a writ of error coram nobis to vacate a decision and order of this Court dated June 11, 1984 *(People v Barnes,* 102 AD2d 1013), affirming a judgment of the County Court, Nassau County, rendered April 20, 1983, on the ground of ineffective assistance of appellate counsel.

Ordered that the application is denied.

The defendant has failed to establish that he was denied the effective assistance of appellate counsel *(see, Jones v Barnes,* 463 US 745). Mangano, P. J., Lawrence, Pizzuto and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEROME BROWN, Appellant. [612 NYS2d 908] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Tomei, J.), rendered January 6, 1992, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial court erred in failing to instruct the jury on the slight probative value to be accorded evidence of flight is unpreserved for appellate review, since he neither requested such a charge nor objected to its absence *(see,* CPL 470.05 [2]; *People v Madera,* 198 AD2d 235; *People v Ramos,* 166 AD2d 468; *People v Yaghnam,* 135 AD2d 763). We decline to consider the issue in the exercise of our interest of justice jurisdiction in view of the overwhelming evidence of the defendant's guilt *(see, People v Yaghnam, supra; People v Montemurro,* 125 AD2d 605).

Contrary to the contention raised by the defendant in his supplemental *pro se* brief, we find that the sentence imposed by the court was not excessive *(see, People v Suitte,* 90 AD2d 80). Bracken, J. P., Lawrence, Copertino and Florio, JJ., concur.